KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association, as successor by merger to BAC HOME LOAN SERVICING, LP f/k/a Countrywide Home Loan Servicing, LP<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Civil No. 2:12 CV 00032-KJD (GWF)<br><br>STIPULATION FOR DISMISSAL |

The plaintiff, Bank of America, and the defendant, the United States, by and through their undersigned counsel, hereby stipulate that the complaint in the above-entitled case be dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

prejudice, the parties to bear their respective costs, including any possible Attorneys' fees or other expenses of this litigation.

Dated this  29th  day of April, 2013.

| KATHRYN KENEALLY<br>Assistant Attorney General | MARQUIS ARBACH COFFING |
|---|---|
| */s/ Virginia Cronan Lowe*<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice | */s/ Terry A. Moore*<br>TERRY A. MOORE, ESQ.<br>Nevada Bar No. 7831<br>10001 Park Run Drive<br>Las Vegas, NV 89145 |
| Of Counsel:<br>DANIEL BOGDEN<br>United States Attorney | |
| *Counsel for United States* | *Counsel for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Association, as successor by merger to BAC HOME LOAN SERVICING, LP f/k/a Countrywide Home Loan Servicing, LP<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Civil No. 2:12 CV 00032-KJD (GWF)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon consideration of the Stipulation For Dismissal, and for good cause shown,

IT IS HEREBY ORDERED that the the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible Attorneys' fees or other expenses of this litigation.

Dated: 5/1/13

UNITED STATES DISTRICT JUDGE